UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL CRUZ, an individual,<br><br>              Plaintiff,<br>    v.<br><br>THE BANK OF NEW YOUR MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-OA21; BANK OF AMERICA, N.A.; BAYTEK MORTGAGE INC.; HERMAN GONZALES; RECONTRUST COMPANY, N.A.; and DOES 1 through 20, inclusive,<br><br>              Defendantu. | Case No.: 12-CV-00846-LHK<br><br>ORDER RE MOTION TO DISMISS |

On March 27, 2012, Plaintiff filed an amended complaint. ECF No. 15. Defendants' motion to dismiss the original complaint remains pending. *See* ECF Nos. 9, 13. By 5:00 p.m. on April 6, 2012, Defendants shall either (1) withdraw the pending motion to dismiss or (2) file an up to two page statement explaining why the pending motion to dismiss was not mooted by Plaintiff's amended complaint.

**IT IS SO ORDERED.**

Dated: April 6, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00846-LHK
ORDER RE MOTION TO DISMISS