

AKERMAN SENTERFITT LLP
Imran Hayat (CA SBN 224458)
Maria-Nicolle Beringer (CA SBN 276132)
Email: imran.hayat@akerman.com
         maria-nicolle.beringer@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (801) 907-6900
Facsimile: (801) 355-0294

*Attorneys for Defendants The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21, and Bank of America, N.A.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MANUEL CRUZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., a Delaware corporation; and, DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:12-cv-00846-LHK<br>District Judge Lucy H. Koh<br>Magistrate Judge Paul S. Grewal<br><br>**DEFENDANTS' REQUEST TO PARTICIPATE TELEPHONICALLY AT JULY 12, 2012 HEARING ON MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date:<br>Date:  July 12, 2012<br>Time: 1:30 pm<br>Crtrm: 8 – 4th Floor<br><br>Complaint Filed: January 19, 2012<br>Trial Date: None |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Counsel for defendants The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21, and Bank of America, N.A., respectfully requests leave of

1 the Court to participate telephonically in the July 12, 2012 hearing on defendants' Motion to Strike
2 Plaintiff's First Amended Complaint. Ms. Maria-Nicolle Beringer, the attorney who will be appearing
3 at this hearing, is currently in Akerman Senterfitt LLP's Salt Lake City office.

Dated: June 18, 2012

Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: /s/ *Maria-Nicolle Beringer*
Imran Hayat
Maria-Nicolle Beringer
*Attorneys for Defendants The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21, and Bank of America, N*

{24389698;1}   - 2 -   CASE NO. 5:12-CV-00846-LHK
**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY**